LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
Joseph P. Garin (Bar No. 6653)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com

Attorneys for Defendant
*Advanced Call Center Technologies, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA STPIERRE, an individual, on behalf of herself and those similarly situated; <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED CALL CENTER TECHNOLOGIES, LLC, a foreign LLC, <br><br> Defendant. | Case No.: 2:15-cv-02415-JAD-NJK <br><br> **STIPULATION AND ORDER EXTENDING THE DEADLINE FOR DEFENDANT ADVANCED CALL CENTER TECHNOLOGIES, LLC TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |

The parties to this action, through their respective counsel, do hereby stipulate and agree that:

Defendant ADVANCED CALL CENTER TECHNOLOGIES, LLC ("Advanced Call Center") shall receive an extension of time to submit a response to VANESSA STPIERRE's, Complaint [Doc. # 1]. Such response being due on January 12, 2016, will now be due on **January 27, 2016**. An extension is necessary to allow Advanced Call Center sufficient time to appropriately respond to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

1    This is Advanced Call Center's first request for an extension of time to respond to

2    the Complaint and is not made for the purpose of delay.

3        Respectfully submitted by:

4    DATED this 11th day of January, 2016.    DATED this 11th day of January, 2016.

5    LIPSON, NEILSON, COLE, SELTZER &    GESUND & PAILET, LLC
     GARIN, P.C.
6

7        /s/ Joseph P. Garin                      /s/ Keren E. Gesund
     By:_____          By: _____
8        JOSEPH P. GARIN, ESQ.                KEREN E. GESUND, ESQ.
         Nevada Bar No. 6653                  Nevada Bar No. 10881
9        9900 Covington Cross Drive           8668 Spring Mountain Rd. Suite 101
         Suite 120                            Las Vegas, NV 89117
10       Las Vegas, NV 89144                  (702) 300-1180
         (702) 382-1500                       Attorneys for Plaintiff
11       Attorneys for Defendant

12

13                                **ORDER**

14       Pursuant to the above Stipulation,

15       IT IS HEREBY ORDERED that Defendant ADVANCED CALL CENTER

16   TECHNOLOGIES, LLC shall have through and including **January 27, 2016**, within

17   which to file responsive pleadings to Plaintiff's Complaint.

18       DATED this 12th of January, 2016.

19

20       _____
                 UNITED STATES MAGISTRATE JUDGE
21   Submitted by:

22   LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

23       /s/ Joseph P. Garin
     By: _____
24       JOSEPH P. GARIN, ESQ.
         Nevada Bar No. 6653
25       9900 Covington Cross Drive, Suite 120
         Las Vegas, NV 89144
26       (702) 382-1500
         Attorney for Defendant
27       Advanced Call Center Technologies, LLC

28

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512