UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA STPIERRE,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC,<br><br>　　　　　Defendant(s). | Case No. 2:15-cv-02415-JAD-NJK<br><br>ORDER<br><br>(Docket No. 14) |

　　　　Pending before the Court is the parties' joint proposed discovery plan. Docket No. 14. Local Rule 26-1(e)(1) establishes 180 days, measured from the date the first defendant answers or otherwise appears, as a presumptively reasonable time to complete discovery. Where more than 180 days of discovery are sought, the proposed discovery plan must state on its face, "SPECIAL SCHEDULING REVIEW REQUESTED" and provide an explanation why the parties believe additional time is required. Local Rule 26-1(d). In this case, the proposed discovery plan requests a longer discovery period than 180 days without complying with Local Rule 26-1.

　　　　Accordingly, the proposed discovery plan is hereby **DENIED** without prejudice. The parties shall file a new joint proposed discovery plan that complies in full with Local Rule 26-1 no later than March 14, 2016.

　　　　IT IS SO ORDERED.

　　　　DATED: March 11, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge