UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA STPIERRE, | Case No. 2:15-cv-02415-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 16) |
| ADVANCED CALL CENTER TECHNOLOGIES, LLC, | |
| Defendant(s). | |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 16. Local Rule 26-1(e)(1) establishes 180 days, measured from the date the first defendant answers or otherwise appears, as a presumptively reasonable time to complete discovery. Where more than 180 days of discovery are sought, the proposed discovery plan must state on its face, "SPECIAL SCHEDULING REVIEW REQUESTED" and provide an explanation why the parties believe additional time is required. Local Rule 26-1(d).

In this case, the proposed discovery plan requests two phases of discovery. Docket No. 16 at 2. The first phase would occur over 180 days, measured from the day Defendant first appeared. *See id.* The second phase would occur over 60 days, measured from the date Plaintiff's motion for class classification is granted. *Id*. Cumulatively, the parties seek 240 days of discovery. The proposed discovery plan, however, fails to provide an explanation why the parties believe additional time is required.

/ /

/ /

1       Accordingly, the proposed discovery plan is hereby **DENIED** without prejudice. The parties
2 shall file a new joint proposed discovery plan that complies in full with Local Rule 26-1 no later than
3 March 16, 2016.
4       IT IS SO ORDERED.
5       DATED: March 15, 2016.

                                                                NANCY J. KOPPE
                                                                United States Magistrate Judge