**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESTA STPIERRE,<br><br>          Plaintiff(s),<br><br>vs.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC,<br><br>          Defendant(s). | Case No. 2:15-cv-02415-JAD-NJK<br><br>ORDER<br><br>(Docket No. 28) |

    Pending before the Court is Plaintiff's motion to extend the various discovery deadlines. Docket No. 28. Defendant filed a joinder and concurrence in Plaintiff's motion to extend. Docket No. 30. For good cause shown, the motion to extend is **GRANTED**.

    Accordingly, the discovery cut-off is extended to October 24, 2016; the dispositive motion deadline is extended to November 22, 2016; and the pre-trial order deadline is extended to December 29, 2016. In the event dispositive motions are filed, however, the joint pretrial order deadline will be suspended until 30 days after the decision on all dispositive motions or until further order of the Court.

    IT IS SO ORDERED.

    DATED: July 12, 2016

                                                  _____<br>
                                                  NANCY J. KOPPE<br>
                                                  United States Magistrate Judge